UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) CASE NO. MJ20-504 |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) DETENTION ORDER |
| BRUNO GERARDO DIEGUEZ-CASTRO, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

Offense charged:   Possession of Fentanyl With Intent to Distribute

Date of Detention Hearing:   August 18, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant has no ties to this District.   He is a Mexican national with an annual

DETENTION ORDER
PAGE -1

temporary work visa. He is employed as a carnival worker in the Southwest part of the United States, and resides with co-workers as part of his job, and has also worked in roofing. He has strong family ties in Mexico. His only personal ties to the United States are his girlfriend and four month-old son in Arizona. His proposed residence is a trailer currently parked on the fairgrounds in Arizona.

2. Defendant poses a risk of nonappearance based on ties to a foreign country and lack of ties to this District, travel to Mexico, Mexican passport, and unstable residence and release plan. Defendant poses a risk of danger based on the nature of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 18th day of August, 2020.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3