The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) BRUNO GERARDO DIEGUEZ-CASTRO, and<br>(2) HUGO RADAMES GAMEZ-ANDRADE,<br><br>Defendants. | NO.    CR20-130 RSM<br><br>ORDER |

The Court issues this Order after considering the stipulated motion of the parties regarding a proposed pre-trial scheduling order. Trial in this matter is currently scheduled for March 8, 2021.

NOW, THEREFORE, IT IS HEREBY ORDERED that the following scheduling deadlines be applied to this case:

**Pre-trial Motions and Motions in Limine:** The pretrial motions and motions in limine deadline is January 25, 2021 (six weeks before trial).

**Designation of Calls for Trial.** The government shall identify intercepted calls and other communications it plans to use at trial, and provide at least rough transcripts of these calls, by February 8, 2021 (four weeks before trial).

Order - 1
*U.S. v. Dieguez-Castro et al.*, CR20-130 RSM

**Federal Rule of Evidence 404(b):**  The deadline for designation of Rule 404(b) evidence is February 8, 2021 (four weeks before trial).

**Expert Opinions:** The deadline for providing notice of any experts is February 8, 2021 (four weeks before trial). However, the Court recognize the DEA laboratory has a significant backlog in both analyzing drug evidence and fingerprint evidence. If these reports have not yet been generated, the government shall so indicate to the Court and defense by February 8, 2021 (four weeks before trial) and provide information as to when such reports will reasonably be available.

**Henthorn Information:**  The deadline for the government to provide impeachment information contained in law enforcement personnel files is February 22, 2021 (two weeks before trial).

**Confidential Informants:**  If the government decides it will call confidential informants to testify at trial, the government shall provide impeachment information as to any such informant by February 22, 2021 (two weeks before trial).

**Proposed Jury Instructions, Proposed Voir Dire, Trial Memoranda, Witness Lists, and Evidence Lists:** The deadline for the parties to file Proposed Jury Instructions, Proposed Voir Dire, Trial Memoranda, Witness Lists, and Evidence Lists is March 1, 2021 (one week before trial).

IT IS FURTHER ORDERED that if the Court is ordered closed for the month of March 2021 due to the COVID-19 pandemic, the above deadlines shall be stricken and the parties are directed to submit a new scheduling order to the Court.

//
//
//
//
//
//
//

Order - 2
*U.S. v. Dieguez-Castro et al.*, CR20-130 RSM

1    IT IS FURTHER ORDERED that if it appears likely the Court will be closed in the

2    month of March 2021 due to the COVID-19 pandemic, the parties may jointly or separately

3    move the Court to amend any or all of the above deadlines.

4

5    DATED this 16th day of November, 2020.

6

7

8    RICARDO S. MARTINEZ
     CHIEF UNITED STATES DISTRICT JUDGE

9

10

11   Presented by:
     BRIAN T. MORAN
12   United States Attorney

13   /s/ Stephen Hobbs
14   STEPHEN HOBBS
     BENJAMIN DIGGS
15   Assistant United States Attorneys

16

17

18   Reviewed and approved:

19   /s/ Timothy M. Greene
20   TIMOTHY M. GREENE
     Counsel for Dieguez-Castro
21

22

23   /s/ Santiago E. Juraez
24   SANTIAGO E. JUAREZ
     Counsel for Gamez-Andrade
25

26

27

28

Order - 3
*U.S. v. Dieguez-Castro et al.*, CR20-130 RSM