TIMOTHY M. GREENE, ESQ.
In Association with
ARMIJO LAW OFFICE
508 S. AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777

Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRUNO GERARDO DIEGUEZ-CASTRO,<br><br>Defendants. | CASE NO. CR 20-130-1 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO<br><br>**NOTE ON MOTION CALENDAR:<br>June 15, 2021** |

This matter having come before the Court on the stipulated motion of the parties seeking an order permitting the plea hearing in this case to proceed by videoconference, and the Court having considered the motion, now therefore,

IT IS HEREBY ORDERED that the stipulated motion is granted. The Clerk of the Court is authorized to contact the parties to schedule the videoconference change of plea

///

///

///

ORDER GRANTING STIPULATED
MOTION TO PROCEED WITH GUILTY
PLEA BY VIDEO
CR 20-130-1 RSM

1

ARMIJO LAW OFFICE
508 S. AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777

hearing as soon as is convenient for the parties.

DONE THIS 21st day of June, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

 s/Timothy M. Greene

Timothy M. Greene, WSBA 17499
In Association with Armijo Law Office
508 S. Ainsworth Avenue
Tacoma, WA 98405
Office: 253-627-8777
tgreene01@hotmail.com


TESSA GORMAN
Acting United States Attorney


 s/Stephen P. Hobbs_____

Stephen P. Hobbs
Assistant U.S. Attorney
U.S. Attorney's Office
700 Stewart St. #5220
Seattle, WA 98101

ORDER GRANTING STIPULATED
MOTION TO PROCEED WITH GUILTY
PLEA BY VIDEO
CR 20-130-1 RSM

2

ARMIJO LAW OFFICE
508 S. AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this stipulated motion to proceed with guilty plea by video with the Clerk of the Court using the CM/ECF system on the date noted below, which will send electronic notification of the filing to the attorneys of record for each of the parties.

Date: June 15, 2021

s/Timothy M. Greene
Timothy M. Greene
Declarant/Certificant

ORDER GRANTING STIPULATED
MOTION TO PROCEED WITH GUILTY
PLEA BY VIDEO
CR 20-130-1 RSM

3

ARMIJO LAW OFFICE
508 S. AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777