TIMOTHY M. GREENE, ESQ.
In Association with
ARMIJO LAW OFFICE
508 S.AINSWORTH AVENUE
TACOMA, WA 98405                                 Chief Judge Ricardo S. Martinez
PH:  (253)627-8777

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-130RSM |
| Plaintiff, | **ORDER TO CONTINUE DEADLINE FOR FILING MOTIONS AND TO CONTINUE TRIAL DATE** |
| v. | |
| BRUNO GERARDO DIEGUEZ-CASTRO; HUGO RADAMES GAMEZ-ANDRADE, | |
| Defendants. | |

THIS MATTER having come on regularly for hearing before this Court on the stipulated motion of attorney Timothy M. Greene  on behalf of Defendant Bruno Gerardo Dieguez and Assistant U.S. Attorney Stephen P. Hobbs to continue the deadline for filing motions in this case, presently set for June 7, 2021, until August 23, 2021,  and to continue the trial date in this case, presently set for June 28, 2021, to October 12, 2021.

The Court having considered the same, and being fully apprised on the merits, hereby ORDERS that Defendant's motion is GRANTED; trial of both defendant Bruno Gerardo Dieguez-Castro and defendant Hugo Radames Gamez-Andrade is continued to October 12, 2021.

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE AND TRIAL
DATE,  CR 20-130RSM

1

ARMIJO LAW OFFICE
508 S. AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777

1

2          The Court also finds the period of delay resulting from this continuance, from the date

3   of this order up to and through the new trial date, shall be excluded from computation under

4   18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(I), and 3161(h)(7)(B)(iv), because the ends of

5   justice served by granting this continuance outweigh the best interest of the public and the

6   defendants in a speedy trial, because the failure to grant the requested continuance would be

7   likely to result in a miscarriage of justice, and because the failure to grant the requested

8   continuance would deny the defendants reasonable time necessary for effective preparation,

9   taking into account the exercise of due diligence.

10         DATED this 22nd day of June, 2021.

11

12

13

14                                        RICARDO S. MARTINEZ
15                                        CHIEF UNITED STATES DISTRICT JUDGE

16
    Respectfully submitted,
17
     _s/Timothy M. Greene
18
    Timothy M. Greene, WSBA 17499
19  In Association with Armijo Law Office
20  508 S. Ainsworth Avenue
    Tacoma, WA 98405
21  Office: 253-627-8777
22  tgreene01@hotmail.com

23

24

25

26

ORDER TO CONTINUE PRETRIAL               2                  ARMIJO LAW OFFICE
MOTIONS DEADLINE AND TRIAL                              508 S. AINSWORTH AVENUE
DATE,  CR 20-130RSM                                        TACOMA, WA 98405
                                                          PH: (253)627-8777

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed Defendant's [Proposed] Order with the Clerk of the

Court using the CM/ECF system, which will send electronic notification of the filing to the

attorneys of record for each of the parties.

DATE: June 9, 2021.

s/Timothy M. Greene

Timothy M. Greene

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE AND TRIAL
DATE, CR 20-130RSM                          3                          ARMIJO LAW OFFICE
508 S. AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777

1    Attorney for Defendant

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE AND TRIAL
DATE,  CR 20-130RSM

4

ARMIJO LAW OFFICE
508 S. AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE AND TRIAL
DATE,  CR 20-130RSM

5

ARMIJO LAW OFFICE
508 S. AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE AND TRIAL
DATE,  CR 20-130RSM

6

ARMIJO LAW OFFICE
508 S. AINSWORTH AVENUE
TACOMA, WA 98405
PH: (253)627-8777